# Redmond & Parrinello, LLP

John F. Redmond (Retired)
John R. Parrinello
J. Matthew Parrinello*

Bruce F. Freeman**

SUITE 400, EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614
TELEPHONE (585) 454-2321
FACSIMILE (585) 454-6626
e-mail: randplawoffice@aol.com

*ALSO ADMITTED TO FL BAR
**ALSO ADMITTED TO DC BAR

January 31, 2006

By Facsimile: 613-4045
Honorable David G. Larimer
U.S. District Court Judge
2500 U.S. Courthouse
100 State Street
Rochester, New York 14614

Re: U.S.A. vs Mohamed Subeh
    04-cr-6077

Dear Judge Larimer:

I represent the above referenced case before your Court.

I am trying a murder case before Judge Valentino which is going to take five to six weeks.

I have read Magistrate Judge Marian W. Payson's Decision and Order and my Objections are due February 3, 2006.

I request an extension of time to the end of March for the purpose of filing my Objections to Magistrate Judge Marian W. Payson's Decision and Order.

Very truly yours,

Redmond and Parrinello, LLP

John R. Parrinello (EFF)

John R. Parrinello

JRP/pg
cc: AUSA William J. Hochul, Jr.
by fax: 1-716-551-3052

Defendant's objections shall be filed no later than March 31, 2006.

**SO ORDERED**

S/MICHAEL A. TELESCA

**MICHAEL A. TELESCA**
**United States District Judge**

DATED:  2/1/2006